1  DALE F. KINSELLA (SBN 063370)
   MICHAEL A. GREENE (SBN 047931)
2  MATTHEW N. FALLEY (SBN 192493)
   GREENBERG GLUSKER FIELDS CLAMAN
3  MACHTINGER & KINSELLA LLP
   1900 Avenue of the Stars, 21st Floor
4  Los Angeles, California 90067-4590
   Telephone: 310.553.3610
5  Fax: 310.553.0687
   dkinsella@ggfirm.com
6  mgreene@ggfirm.com
   mfalley@ggfirm.com
7

8  Attorneys for Plaintiffs JASON MOSKOWITZ
   and MICHAEL NAPOLIELLO, JR.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2005
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MOSKOWITZ and MICHAEL NAPOLIELLO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KPMG, LLP, a Delaware limited liability partnership; SIDLEY AUSTIN BROWN & WOOD LLP, a Delaware limited liability partnership; and DOES 1 through 40, inclusive, <br><br> Defendants. | Case Number: CV 05 5164 VAP (MANx) <br><br><br> STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

DOCKETED ON CM
NOV 1 4 2005
BY

1502992.1
58558-00002

NOV 1 4 2005

1  IT IS HEREBY STIPULATED by and between the parties and their counsel of record
2  that this matter, having settled, shall be dismissed with prejudice.

4  DATED: November 4, 2005         GREENBERG GLUSKER FIELDS CLAMAN
                                    MACHTINGER & KINSELLA LLP

                                    By: /s/ 
                                    MATTHEW N. FALLEY
                                    Attorneys for Plaintiffs JASON MOSKOWITZ and
                                    MICHAEL NAPOLIELLO, JR

   DATED: November __, 2005        GIBSON DUNN & CRUTCHER LLP

                                    By: /s/ Patrick Tostado
                                    PATRICK TOSTADO
                                    Attorneys for Defendant KPMG, LLP

   DATED: November __, 2005        MUNGER, TOLLES & OLSON LLP


                                    By:_____
                                    TAMERLIN J. GODLEY
                                    Attorneys for Defendant SIDLEY AUSTIN BROWN &
                                    WOOD LLP


                                    ORDER

   IT IS SO ORDERED.

                                    _____
                                    Judge of the United States District Court

IT IS HEREBY STIPULATED by and between the parties and their counsel of record that this matter, having settled, shall be dismissed with prejudice.

DATED: November__, 2005        GREENBERG GLUSKER FIELDS CLAMAN
                                MACHTINGER & KINSELLA LLP


                                By:_____
                                    MATTHEW N. FALLEY
                                Attorneys for Plaintiffs JASON MOSKOWITZ and
                                MICHAEL NAPOLIELLO, JR

DATED: November__, 2005         GIBSON DUNN & CRUTCHER LLP


                                By:_____
                                    PATRICK TOSTADO
                                Attorneys for Defendant KPMG, LLP

DATED: November 3, 2005         MUNGER, TOLLES & OLSON LLP


                                By: /s/ Tamerlin J. Godley
                                    TAMERLIN J. GODLEY
                                Attorneys for Defendant SIDLEY AUSTIN BROWN &
                                WOOD LLP




                                ORDER

IT IS SO ORDERED.



                                _____
                                Judge of the United States District Court

2

1     IT IS HEREBY STIPULATED by and between the parties and their counsel of record
2 that this matter, having settled, shall be dismissed with prejudice.

3

4 DATED: November__, 2005      GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

5

6

7      By:_____
         MATTHEW N. FALLEY

8      Attorneys for Plaintiffs JASON MOSKOWITZ and MICHAEL NAPOLIELLO, JR

9

10 DATED: November__, 2005      GIBSON DUNN & CRUTCHER LLP

11

12      By:_____
         PATRICK TOSTADO

13      Attorneys for Defendant KPMG, LLP

14 DATED: November __, 2005      MUNGER, TOLLES & OLSON LLP

15

16

17      By:_____
         TAMERLIN J. GODLEY

18      Attorneys for Defendant SIDLEY AUSTIN BROWN & WOOD LLP

19

20

21

22

23                          O R D E R

24      IT IS SO ORDERED.

25

26                                     _____

27                                     Judge of the United States District Court

28

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590